Certificate Number: 00301-PAM-DE-038965694

Bankruptcy Case Number: 20-01690



00301-PAM-DE-038965694

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 15, 2024</u>, at <u>6:50</u> o'clock <u>AM EDT</u>, <u>JULIE J SCHWARZ</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 15, 2024</u>

By: <u>/s/Jimmy Arreaga</u>

Name: <u>Jimmy Arreaga</u>

Title: <u>Certified Bankruptcy Counselor</u>

Certificate Number: 00301-PAM-DE-038965693

Bankruptcy Case Number: 20-01690


00301-PAM-DE-038965693

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2024, at 6:50 o'clock AM EDT, EDWARD A SCHWARZ completed a course on personal financial management given by internet by InCharge Debt Solutions, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 15, 2024

By: /s/Jimmy Arreaga

Name: Jimmy Arreaga

Title: Certified Bankruptcy Counselor