In re:                                                              Case No. 20-01690-MJC

Edward Anthony Schwarz                                              Chapter 13

Julie Joyce Schwarz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5               User: AutoDocke               Page 1 of 3

Date Rcvd: Jul 29, 2025            Form ID: 3180W              Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Edward Anthony Schwarz, Julie Joyce Schwarz, 140 Woods Crossing, Saylorsburg, PA 18353-8709 |
| 5331684 | + | Anthony Schwarz, 834 Hill Drive, Easton, PA 18045-6137 |
| 5331698 | + | Northeastern Anesthesia, 24 South 18th St, Allentown, PA 18104-5622 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Jul 29 2025 22:45:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5331683 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 18:51:32 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5342231 | | Email/PDF: bncnotices@becket-lee.com | Jul 29 2025 18:51:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5331685 | + | EDI: BANKAMER | Jul 29 2025 22:45:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998-2238 |
| 5331686 | + | EDI: BANKAMER2 | Jul 29 2025 22:45:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28202-4036 |
| 5336246 | + | EDI: BANKAMER2 | Jul 29 2025 22:45:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5331687 | + | EDI: CITICORP | Jul 29 2025 22:45:00 | Best Buy/CBNA, 5800 South Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5331688 | + | EDI: CITICORP | Jul 29 2025 22:45:00 | CitiCards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5345820 | | EDI: CITICORP | Jul 29 2025 22:45:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5331691 | | EDI: DISCOVER | Jul 29 2025 22:45:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 5331690 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 29 2025 18:42:00 | Dept of ED/Nelnet, 121 S 13th Street, Lincoln, NE 68508-1904 |
| 5331689 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jul 29 2025 18:51:36 | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 5333186 | | EDI: DISCOVER | Jul 29 2025 22:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5331692 | + | EDI: DISCOVER | Jul 29 2025 22:45:00 | Discover Finance Svs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 5331693 | ^ | MEBN | Jul 29 2025 18:39:16 | Discover Personal Loans, P.O. Box 15316, |

| | | | |
|---|---|---|---|
| | | | Wilmington, DE 19850-5316 |
| 5335162 | + EDI: DISCOVERPL | Jul 29 2025 22:45:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84110-0954 |
| 5331694 | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2025 18:42:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 5331695 | ^ MEBN | Jul 29 2025 18:39:07 | Hayt, Hayt & Landau, 2 Industrial Way W, P.O. Box 500, Eatontown, NJ 07724-0500 |
| 5331696 | + EDI: JPMORGANCHASE | Jul 29 2025 22:45:00 | JPMCB Card Services, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 5336812 | + Email/Text: RASEBN@raslg.com | Jul 29 2025 18:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5707795 | ^ MEBN | Jul 29 2025 18:39:12 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288, LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer 14240-1288 |
| 5342150 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2025 18:42:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 5707794 | ^ MEBN | Jul 29 2025 18:39:11 | LAKEVIEW LOAN SERVICING, LLC, C/O M&T Bank as Servicer, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 5342081 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 18:51:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5331697 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 29 2025 18:42:00 | Nissan Motor Acceptance Corp., P.O. Box 660366, Dallas, TX 75266-0366 |
| 5343454 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 29 2025 18:42:00 | Nissan Motor Acceptance Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5331699 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2025 18:42:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 5343492 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 29 2025 18:42:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 5344206 | EDI: PRA.COM | Jul 29 2025 22:45:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 5349474 | EDI: PRA.COM | Jul 29 2025 22:45:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk, VA 23541 |
| 5344207 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2025 18:51:06 | Resurgent Acquisitions LLC, 55 Beatie Place, Greenville, SC 29601-2165 |
| 5331700 | ^ MEBN | Jul 29 2025 18:39:17 | St. Luke's University Health, 801 Ostrum Street, Bethlehem, PA 18015-1000 |
| 5331995 | ^ MEBN | Jul 29 2025 18:39:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5331701 | + EDI: CITICORP | Jul 29 2025 22:45:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC swalczak@kmllawgroup.com |
| Thomas Song | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Julie Joyce Schwarz donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Edward Anthony Schwarz donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Edward Anthony Schwarz** | Social Security number or ITIN    xxx–xx–7627 |
| | First Name    Middle Name    Last Name | EIN    __–_____ |
| Debtor 2 (Spouse, if filing) | **Julie Joyce Schwarz** | Social Security number or ITIN    xxx–xx–6724 |
| | First Name    Middle Name    Last Name | EIN    __–_____ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:    5:20–bk–01690–MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Edward Anthony Schwarz                    Julie Joyce Schwarz

**By the court:**

7/29/25

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**