United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-01690-MJC
Edward Anthony Schwarz  Chapter 13
Julie Joyce Schwarz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Oct 14, 2025     Form ID: fnldec     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Edward Anthony Schwarz, Julie Joyce Schwarz, 140 Woods Crossing, Saylorsburg, PA 18353-8709

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

**Name**      **Email Address**

Denise E. Carlon
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
     ecf_pahu_alt@trustee13.com

Matthew K. Fissel
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Stephanie Walczak
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC swalczak@kmllawgroup.com

Thomas Song
     on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com

Timothy B. Fisher, II

| | |
|---|---|
| Timothy B. Fisher, II | on behalf of Debtor 2 Julie Joyce Schwarz donna.kau@pocono-lawyers.com |
| | on behalf of Debtor 1 Edward Anthony Schwarz donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward Anthony Schwarz, | Chapter 13 |
| **Debtor 1** | |
| Julie Joyce Schwarz, | Case No. 5:20−bk−01690−MJC |
| **Debtor 2** | |

Social Security No.:
    xxx−xx−7627    xxx−xx−6724

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: October 14, 2025

**fnldec** (01/22)