IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward Anthony Schwarz<br>Julie Joyce Schwarz<br>                                Debtor(s)<br><br>**LAKEVIEW LOAN SERVICING, LLC**<br>                                Movant<br>               vs.<br><br>**Edward Anthony Schwarz**<br>**Julie Joyce Schwarz**<br>                                Debtor(s)<br><br>**Jack N. Zaharopoulos**,<br>                                Trustee | BK NO. 20-01690 MJC<br><br>Chapter 13<br><br>Related to Claim No. 11 |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 05, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Edward Anthony Schwarz
140 Woods Crossing
Saylorsburg, PA 18353

Julie Joyce Schwarz
140 Woods Crossing
Saylorsburg, PA 18353

Attorney for Debtor(s)
Timothy B. Fisher, II
Fisher and Fisher Law Offices
PO Box 396, 525 Main Street
Gouldsboro, PA 18424

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 5, 2021

                                                        **/s/Rebecca A. Solarz Esquire**
                                                        Rebecca A. Solarz Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA 19106
                                                        215-825-6327
                                                        rsolarz@kmllawgroup.com